■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREZ PEREZ, Appellant.—Judgment, Supreme Court, Bronx County (John Byrne, J.), rendered on May 7, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Kassal, Ellerin and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUSTINO ROLDAN, Appellant.—Judgment, Supreme Court, New York County (Eve Preminger, J.), rendered on January 14, 1987, unanimously affirmed.